UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                Petitioner,                        14-cr-765 (PKC)

    -against-

                                                    ORDER

ALEX CABRAL,

                Respondent.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        Defendant's letter of March 16, 2020 is deemed an application for early termination of supervised release. Acknowledging that the Court has discretion to terminate the term of supervised release early, his letter provides an inadequate basis for doing so and his application is DENIED.

        SO ORDERED.

                                                    P. Kevin Castel
                                            United States District Judge

Dated: New York, New York
         April 22, 2020